AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tonia Buie ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   6:17-cv-3007-DCC |
| Charter Communications ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff  Tonia Buie  recover from the defendant  Charter Communications  the amount of  Two Hundred Six Thousand Two Hundred Eighty-Eight dollars and 17/100  dollars ($ 206, 288.17 ), which includes prejudgment interest,  plus postjudgment interest at the rate of  0.07  %, along with costs.

This action was *(check one)*:

■ tried by the Honorable Donald C. Coggins, Jr.  presiding, without a jury and the above decision was reached.

Date:   March 25, 2021

*CLERK OF COURT*

s/Angela Lewis, Deputy Clerk

*Signature of Clerk or Deputy Clerk*